#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  THOMAS DALE RANES,           )<br>                                                         )<br>              Plaintiff,                         )<br>                                                         )<br>v.                                                      )<br>                                                         )<br>1.  ERIC J. HILL, in his individual capacity )<br>and in his official capacity as a police officer for )<br>the City of Tulsa Police Department,   )<br>                                                         )<br>2.  HAROLD R. WELLS, in his individual )<br>capacity and in his official capacity as a police )<br>officer for the City of Tulsa Police Department, )<br>                                                         )<br>3.  ERNEST BRUCE BONHAM, in his )<br>individual capacity and in his official capacity as )<br>a police officer for the City of Tulsa Police )<br>Department,                                   )<br>                                                         )<br>4.  DAN TEDRICK, in his individual capacity )<br>and in his official capacity as a police officer for )<br>the City of Tulsa Police Department,   )<br>                                                         )<br>5.  RON PALMER, in his individual capacity )<br>and in his official capacity as Chief of Police for )<br>the City of Tulsa Police Department,   )<br>                                                         )<br>6.  THE CITY OF TULSA, a municipality and )<br>political subdivision of the State of Oklahoma, )<br>                                                         )<br>              Defendants.                      ) | Case No. 12-CV-517-GKF-FHM |

### JOURNAL ENTRY OF JUDGMENT UPON AGREED SETTLEMENT

NOW ON this 19th day of June, 2014, this matter comes before the undersigned Judge. Plaintiff, Thomas Dale Ranes, appears by and through his attorney of record, Timothy Kittle, and Defendant City of Tulsa, appears by and through its attorneys of record, Gerald M. Bender, City of Tulsa Litigation Division Manager and Guy A. Fortney.

The Court, has reviewed the allegations set forth in Plaintiff's Complaint, has been

advised that the judgment proceeds being paid by the City of Tulsa on behalf of all named to the Plaintiff herein shall be paid from the City of Tulsa's pooled cash and investment portfolio which has sufficient funds available to pay said judgment. The Court has been further advised that the City's Mayor has authorized a compromise settlement in the sum of Ten Thousand Dollars and 00/100 ($10,000.00) and the Court being satisfied that Plaintiff fully understands the nature of this action with regard to its finality which precludes additional or further compensation for damages arising from the occurrence of the event identified in Plaintiff's Complaint and, upon being further advised by Plaintiff that it is his desire to settle the entirety of all claims and causes of action relating to the events identified in his Complaint, including costs and fees, upon payment in the sum of Ten Thousand Dollars and 00/100 ($10,000.00), the Court finds:

1. That the Court has jurisdiction over the subject matter of this lawsuit and the parties hereto;

2. That Plaintiff for himself and in his representative capacity is fully aware of his rights in this matter and it is Plaintiff's desire to compromise his right to trial by jury;

3. That Plaintiff desires to accept as full, final and complete settlement the sum of Ten Thousand Dollars and 00/100 ($10,000.00), for any and all damages, losses, fees and expenses sustained as a result of the events identified in Plaintiff's Complaint;

4. That this settlement is not an admission that the Defendants, or the City of Tulsa's officers, employees or agents violated the constitutional rights of the Plaintiff or was in any way negligent, but is solely a recognition of the uncertainty of trial;

5. The Plaintiff has agreed, and understands that in consideration of the terms set out herein, that being good and valuable consideration, the receipt and sufficiency of which is hereby

acknowledged, hereby acting of his own free will and voluntarily do hereby generally and fully release all named Defendants from any and all demands, causes of action, or suits whatsoever, both known, in law or in equity, arising from or related to the events described in Plaintiffs' Complaint;

6. The Plaintiff has also agreed, and understands that in consideration of the terms set out herein, that being good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, hereby acting of his own free will and voluntarily do hereby generally and fully release all named Defendants, their successors in interest, and elected officials, officers, employees, and agents of the City of Tulsa from any and all demands, causes of action, or suits whatsoever, both known and unknown, in law or in equity, arising from or related to the events described in Plaintiff's Complaint;

7. That by agreement of the parties, City's payment to him will stand as full compensation to Plaintiff in his personal and representative capacity and preclude any further or separate action by Plaintiff or those he represents against Defendants Eric J. Hill, Harold R. Wells, Ernest Bruce Bonham, Dan Tedrick, Ron Palmer and the City of Tulsa, a municipal corporation, or any of its employees, arising from or relating to the events described in Plaintiff's Complaint;

8. The City's Mayor has formally authorized settlement of the Plaintiff's lawsuit in the sum of Ten Thousand Dollars and 00/100 ($10,000.00);

9. That all parties request this court to approve and finalize their mutual settlement;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED BY THE COURT that Plaintiff for himself and in his representative capacity has and will recover from the Defendant City of Tulsa, the total sum of Ten Thousand Dollars and 00/100 ($10,000.00), as full, final and

complete compensation for any and all damages, losses, fees, and expenses incurred or sustained incident to the events described in Plaintiff's Complaint and that said damages shall be paid from the City of Tulsa's pooled cash and investment portfolio which has sufficient funds available to pay said judgment; and

    IT IS FURTHER ORDERED BY THE COURT that Plaintiff's claim against all named Defendants is dismissed with prejudice and that payment to Plaintiff by Defendant City of Tulsa will preclude any further or separate action by Plaintiff against all named Defendants, any elected official, officer, employee or agent of Defendant City of Tulsa arising from or pertaining to the events described in Plaintiff's Complaint.

_____
GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

APPROVED AS TO FORM AND CONTENT:

By: \_/s/Timothy S. Kittle_____
    Timothy S. Kittle, OBA #21979
    Keesling Law Group, PLLC
    401 South Boston Avenue
    Mid-Continent Tower, Suite 450
    Tulsa, Oklahoma 74113
    (918) 924-5101
    (918) 512-4888 Facsimile

By: \_/s/Gerald M. Bender_____
    Gerald M. Bender, OBA #14471
    Litigation Division Manager
    City of Tulsa
    175 East Second Street, Suite 685
    Tulsa, Oklahoma 74103
    (918) 596-7717
    (918) 596-9700 Facsimile